AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Christopher Scott | ) |
| :---: | :--- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:19-cv-00007-C |
|  | ) |
| Integrity Recovery Management, LLC | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Integrity Recovery Management, LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Daniel Ciment
    24275 Katy Freeway
    Ste. 400
    Katy , TX 77494

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/17/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-cv-00007-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __INTEGRITY RECOVERY MANAGEMENT, LLC__
was received by me on *(date)* __02/11/2019__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __LISA MCALLISTER__, who is designated
by law to accept service of process on behalf of *(name of organization)* __LEGALCORP SOLUTIONS, LLC, REGISTERED
AGENT FOR INTEGRITY RECOVERY MANAGMENT, LLC__ on *(date)* __FEBRUARY 11, 2019__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __FEBRUARY 20, 2019__

*Server's signature*

**MICHELLE ELY, PROCESS SERVICER**
Printed name and title
ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702 919-7223
Job: 3060816 (SCOTT v. INTEGRITY)

Additional information regarding attempted service, etc:

1) Successful Attempt: Feb 11, 2019, 10:21 am PST at 2831 SAINT ROSE PKWY STE 200-400, HENDERSON, NV 89052 received by LISA MCALLISTER. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Brown; Other: She wore glasses. Receptionist at Executive Suites, said she was authorized to accept for LegalCorp Solutions, LLC, Registered Agent.
Documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT (AO 440)
(Received Feb 11, 2019 at 8:00am PST)

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

| Plaintiff / Petitioner:<br>CHRISTOPHER SCOTT | Case: 5:19-CV-00007-C |
|---|---|
| Defendant / Respondent:<br>INTEGRITY RECOVERY MANAGEMENT LLC | AFFIDAVIT OF SERVICE |
| To be served upon:<br>INTEGRITY RECOVERY MANAGEMENT, LLC c/o LEGALCORP SOLUTIONS, LLC, REGISTERED AGENT | |

I, MICHELLE ELY, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LISA MCALLISTER, 2831 SAINT ROSE PKWY STE 200-400, HENDERSON, NV 89052
**Manner of Service:** Authorized, Feb 11, 2019, 10:21 am PST
**Documents:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT (AO 440) (Received Feb 11, 2019 at 8:00am PST)

**Additional Comments:**
1) Successful Attempt: Feb 11, 2019, 10:21 am PST at 2831 SAINT ROSE PKWY STE 200-400, HENDERSON, NV 89052 received by LISA MCALLISTER. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Brown; Other: She wore glasses. Receptionist at Executive Suites, said she was authorized to accept for LegalCorp Solutions, LLC, Registered Agent;

_____  2/20/19
MICHELLE ELY                Date
R-004357, EXPIRES 02/07/2022

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702 919-7223
Job: 3060816 (SCOTT v. INTEGRITY)

Subscribed and sworn to before me by the affiant who is personally known to me
_____
Notary Public
2/20/19
Date              Commission Expires

JENNIFER HARHAY
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 04-90266-1
My Appt. Expires June 6, 2020