# UNITED STATES DISTRICT COURT
## Northern District of Texas
## Lubbock Division

| | | |
|---|---|---|
| CHRISTOPHER SCOTT | § § § | CASE NUMBER: 5:19-cv-007-C |
| V. | § § § § | |
| INTEGRITY RECOVERY MANAGEMENT, LLC | § § § | |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST INTEGRITY RECOVERY MANAGEMENT, LLC

NOW COMES the Plaintiff, CHRISTOPHER SCOTT, by and through his attorney, Daniel J. Ciment with the Ciment Law Firm, PLLC, and hereby moves this Honorable Court to hold Defendant, INTEGRITY RECOVERY MANAGEMENT, LLC, in default for its failure to appear, answer, or otherwise plead in the above captioned action. In support thereof, Plaintiff states as follows:

1. Plaintiff filed his Original Complaint with this Court on January 17, 2019;
2. Defendant was served on February 11, 2019. A true and exact copy of the return of service is attached hereto as Exhibit A. (dkt #5);
3. An answer or other responsive pleading was due on or before March 4, 2019;
4. After a complete review of the court docket, Plaintiff has determined that the Defendant has failed to answer or otherwise plead;
5. Plaintiff requests a hearing to prove up his damages.

WHEREFORE, Plaintiff, Christopher Scott, moves this Honorable Court to enter an order defaulting Defendant INTEGRITY RECOVERY MANAGEMENT, LLC.

DATED: April 30, 2019

Respectfully submitted,

Ciment Law Firm, PLLC

/s/ Daniel J. Ciment
_____
Daniel J. Ciment
Texas Bar No. 24042581
24275 Katy Freeway
Suite 400
Katy, TX 77494
833-663-3289 – phone
855-855-9830 – fax
Daniel@CimentLawFirm.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On April 30th, 2019, I served the documents described as:

1) Motion for Entry of Default,
2) Memorandum in Support of Entry of Default Judgment,
3) Affidavit of Amount Due, and
4) Proposed Order

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first class postage prepaid thereon, and deposited said envelope in the United States mail at or in Houston, Texas.

NATIONAL JUDGMENT RECOVERY CENTER, LP
C/O Patrick O'Connor
2200 North Loop West, Suite 200
Houston, TX 77018

/s/ Daniel J. Ciment

_____
Daniel J. Ciment
Texas Bar No. 24042581
24275 Katy Freeway
Suite 400
Katy, TX 77494
833-663-3289 – phone
855-855-9830 – fax
Daniel@CimentLawFirm.com
ATTORNEY FOR PLAINTIFF